IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YAN WENG, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-575-RP |
| | § | |
| TODD BLANCHE, *in his Official Capacity as Acting Attorney General*, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff Yan Weng's ("Plaintiff") Petition for Writ of Mandamus was filed in this action on March 6, 2026. (Pet., Dkt. 1). On May 19, 2026, Defendants Todd Blanche, Markwayne Mullin, Sarah Kendall, Joseph B. Edlow, and U.S. Citizenship and Immigration Services (collectively, "Defendants")[1] filed a Motion to Dismiss for Lack of Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). (Mot. to Dismiss, Dkt. 3). When Plaintiff did not file a response to the Motion to Dismiss, which was due by June 2, 2026, the Court on June 12, 2026, ordered Plaintiff to either (1) show cause in writing on or before July 6, 2026, as to why the Court should not grant Defendant's Motion to Dismiss as unopposed or (2) file a response to Defendant's Motion to Dismiss on or before July 6, 2026. (Order, Dkt. 4, at 1). The Court also warned Plaintiff that the Court may dismiss this case for failure to prosecute or failure to comply with a court order. (*Id.* at 1). The Court's Order docketed on June 12, 2026, was sent to Plaintiff via certified mail; according to the return receipt, Plaintiff received the Order on June 22, 2026. (Certified Mail Return Receipt, Dkt. 6).

---

[1] Todd Blanche and Markwayne Mullin are automatically substituted as Defendants pursuant to Federal Rule of Civil Procedure 25(d).

Despite receiving the Order on June 22, 2026, (*see id.*), Plaintiff has neither attempted to show cause for failure to respond to Defendant's Motion to Dismiss nor responded to Defendant's Motion to Dismiss.[2] The Court therefore finds that, as it previously warned, it is appropriate to dismiss this action without prejudice for failure to prosecute and failure to comply with a court order. *See* Fed. R. Civ. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district court has authority to dismiss case for want of prosecution or failure to comply with court order).

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendants in this action are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** on July 21, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

[2] Plaintiff has also not attempted to receive an extension of time to take one of these actions.